## East Tennessee Telephone Company v. Jeffries.

(Decided June 4, 1913.)

### Appeal from Fayette Circuit Court.

1. **Master and Servant—Evidence Upon Another Trial.**—Upon another trial appellant may prove any fact connected with appellee's use of the ladder that may tend to show his knowledge of its defective condition before or when the injury was received.
2. **Master and Servant—Evidence—Instructions.**—In addition to the instructions set out in the opinion, the jury should be directed to find for defendant unless they believe from the evidence the ladder broke or by reason of its defective condition came apart.

GEORGE C. WEBB for appellant.

FALCONER & FALCONER, MAURY KEMPER and CHESTER D. ADAMS for appellee.

RESPONSE EXTENDING OPINION BY JUDGE SETTLE—(For Original Opinion, See 153 Ky., 133).

It will be competent for the appellant on another trial of this case, by a cross examination of appellee or through other witnesses, to prove that he used the ladder by which

he was injured in previously installing or removing other telephones; and also any other fact connected with his use of the ladder that may tend to show his knowledge of its defective condition before or when his injury was received.

Besides the instructions set out in the opinion the court should give following No. 1, this additional instruction:

"If the jury believe from the evidence that the ladder did not, by reason of any defective condition, either break or come apart, they should find for the defendant."

The opinion is extended in the particulars indicated.